# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JORGE A. CASTRO,
REG. #42416-279                                                                                    PLAINTIFF

V.                                       2:13CV00068 JLH/JTR

FCI-FORREST CITY MEDICAL STAFF, et al.                             DEFENDANTS

## ORDER

The August 29, 2013 Order granting Plaintiff permission to proceed *in forma pauperis* was returned undelivered because Plaintiff was transferred to the Big Sandy Penitentiary in Kentucky prior to receiving it. *Docs. 9 & 12.* It is unclear whether Plaintiff also failed to receive the August 30, 2013 Recommended Partial Disposition. *Doc. 10.* In an abundance of caution, the Court will order the Clerk to forward the Order and the Recommended Partial Disposition to Plaintiff at his new address and give him an extension of time to file any Objections.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to send a copy of the August 29, 2013 Order (*Doc. 9)* and the August 30, 2013 Recommended Partial Disposition ( *Doc. 10)* to Plaintiff at the Big Sandy Penitentiary.

2.      Plaintiff has **until October 21, 2013** to file an Objections to the

Recommended Partial Disposition.

Dated this 7th day of October, 2013.

                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE