# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JORGE A. CASTRO,                                                               PLAINTIFF
REG. #42416-279

v.                              No. 2:13CV00068 JLH/JTR

FCI-FORREST CITY,
Medical Staff, et al.                                             DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants FCI-FC medical staff, FCI-FC, and the Federal Bureau of Prisons are DISMISSED, WITH PREJUDICE.

2. Plaintiff may PROCEED with failure to protect claim against defendants Sheldon, Haynes, and Doe.

3. The Clerk is directed to prepare a summons for defendants Sheldon and Haynes. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, second amended complaint, and this Order on defendants Sheldon and Haynes, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General without prepayment of fees and costs or security therefor.[1]

---

[1] If either defendant is no longer a federal employee, the individual responding to service must file the unserved defendant's last known private mailing address **under seal**.

4.	Plaintiff must file, **within 90 days of the entry of this Order,** a motion for service containing defendant Doe's full and correct name.

5.	Plaintiff is advised that if he fails to timely and properly do so, defendant Doe will be dismissed from this action, without prejudice, due to a lack of service. *See* Fed. R. Civ. P. 4(m).

6.	The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE