**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JORGE A. CASTRO,　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
Reg. #42416-279

v.　　　　　　　　　　　　　　　NO. 2:13CV00068 JLH/JTR

MARK A. SHELDON, Lieutenant,
FCI-FC, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### ORDER

　　　　Jorge A. Castro has filed this *pro se* action alleging that defendants failed to protect him from being beaten by two inmates. Documents #1, #7, #8. On October 28, 2013, Castro was given 90 days to provide the full name of and service address for the Jane Doe defendant. Document #15. Importantly, Castro was advised that if he failed to timely and properly do so, his claim against defendant Jane Doe would be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). As of the date of this Order, Castro has not provided the specified information, and the time for doing so has expired.

　　　　Castro's claim against the defendant Jane Doe is dismissed without prejudice. An *in forma pauperis* appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

　　　　IT IS SO ORDERED this 7th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE