IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JORGE A. CASTRO,
Reg. #42416-279                                                                                          PLAINTIFF

v.                                    NO. 2:13CV00068 JLH/JTR

MARK A. SHELDON, Lieutenant; and
ANTHONY HAYNES, Warden, FCI-FC                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this case is dismissed without prejudice. The Court certifies that an *in forma* pauperis appeal would not be taken in good faith.

IT IS SO ORDERED THIS 21st day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE